**FILED**
August 4, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG S-06-0210 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| STEVEN RICHARD STEELE, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEVEN RICHARD STEELE</u>, Case No. <u>MAG S-06-0210 DAD</u>, Charge <u>Title 21 USC §§ 841; 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ _100,000.00 to be secured by 8/31/06_

___ Unsecured Appearance Bond $ _____

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) _with conditions + pretrial services supervision, unsecured until posting of property._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 4, 2006</u> at _Sacramento, CA_.

By _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal